UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARIAN M. WRIGHT,

    Plaintiff,

v.                                     Case No. 3:22cv9617-MCR-HTC

SANTA ROSA CORRECTIONAL
INSTITUTION ANNEX,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On July 15, 2022, the Court ordered Plaintiff to, within twenty-one (21) days, file an amended complaint on the required form and submit a motion to proceed *in forma pauperis* or pay the $402.00 filing fee. ECF Doc. 5. The Court also advised Plaintiff that his failure to comply with the order could result in a recommendation that this case be dismissed due to his failure to prosecute or failure to comply with an order of the Court. After Plaintiff failed to comply with the July 15 Order within the allotted time, the Court ordered Plaintiff on August 11, 2022, to show cause within fourteen (14) days why this case should not be dismissed. ECF Doc. 6. To date, Plaintiff has not responded to the August 11 Order or complied with the July 15 Order. Based on the foregoing, dismissal of this action is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an

order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 31st day of August 2022.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.